(108 So. 349)

### Dave MONTGOMERY v. STATE.
### (8 Div. 865.)

(Supreme Court of Alabama, April 22, 1926.)

Certiorari to Court of Appeals.

W. W. Callahan, of Decatur, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

MILLER, J. Petition of Dave Montgomery for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Montgomery v. State, 108 So. 348. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.